No. 6668. RIVERA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6682. ARDLE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 6695. RODGERS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 6713. JACKSON *v.* DUTTON, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 6714. LI *v.* IMMIGRATION AND NATURALIZATION SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 6718. DAVIS *v.* GAFFNEY, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 6719. BLACK *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 6721. FARR *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6722. CRISP *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 6723. McTYRE *v.* PEARSON. C. A. 8th Cir. Certiorari denied.

No. 6724. BOWEN *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 6726. JEWETT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 6728. CORRADO ET UX. *v.* PROVIDENCE REDEVELOPMENT AGENCY. Sup. Ct. R. I. Certiorari denied.

No. 6737. WILLIAMS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.